IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 JUN -7 PM 3: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil Case No. 04-2902-MI

One 2002 Chevrolet Avalanche,
VIN 3GNEK13T62G131404, with All
Appurtenances and Attachments Thereon,

Thirty Nine Thousand Dollars ($39,000.00)
in United States Currency,

    Defendants.

---

## ORDER EXTENDING MOTION DEADLINE

---

    Upon motion of the United States, and without opposition from the Claimant, the deadline for filing potentially dispositive motions in the above-styled case is extended to __July 6, 2005__.

    **IT IS SO ORDERED**, this __7__ day of __June__, 2005.

~~JON P. McCALLA~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-13-05__

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02902 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy A. Langford
LAW OFFICES OF TIMOTHY A. LANGFORD
P.O. Box 167
Hickman, KY 42050

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Timothy C. Naifeh
LAW OFFICES OF TIMOTHY C. NAIFEH
227 Church St.
Tiptonville, TN 38079

Honorable Jon McCalla
US DISTRICT COURT