IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

**05 JUL 13 AM II: 03**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.                                    Civil No. 04-2902-MI/P

Thirty Nine Thousand Dollars ($39,000.00)
in United States Currency,

One 2002 Chevrolet Avalanche,
VIN 3GNEK13T62G131404, with all
Appurtenances and Attachments Thereon,

    Defendants.

---

ORDER EXTENDING MOTION DEADLINE

---

Upon motion of the Defendants Counsel, and without opposition from the government's attorney, the

deadline for filing potentially dispositive motions in the above-styled case is extended to August 6, 2005.

IT IS SO ORDERED, this _13_ day of ___July___, 2005

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

APPROVED:

TIMOTHY C. NAIFEH #012735
Attorney for the Defendant
227 Church Street
Tiptonville, TN 38079
Phone: 731-253-8885
Fax: 731-253-8886

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-13-05_

24

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02902 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy A. Langford
LAW OFFICES OF TIMOTHY A. LANGFORD
P.O. Box 167
Hickman, KY 42050

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Timothy C. Naifeh
LAW OFFICES OF TIMOTHY C. NAIFEH
227 Church St.
Tiptonville, TN 38079

Honorable Jon McCalla
US DISTRICT COURT