IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-2902 Ml/P |
| THIRTY NINE THOUSAND DOLLARS ($39,000.00) IN UNITED STATES CURRENCY, et al., | ) | |
| Defendants. | ) | |

## ORDER RESETTING TRIAL AND PRETRIAL DATES

The Court hereby RESETS the trial schedule in this case as follows:

1. The non-jury trial in this matter, is set to begin <u>Tuesday, October 11, 2005, at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, October 3, 2005 at 8:45 a.m.</u>

3. The pretrial order is due by no later than 4:30 p.m. on <u>Monday, September 26, 2005.</u>

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __19__ day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-20-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02902 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy A. Langford
LAW OFFICES OF TIMOTHY A. LANGFORD
P.O. Box 167
Hickman, KY 42050

Timothy C. Naifeh
LAW OFFICES OF TIMOTHY C. NAIFEH
227 Church St.
Tiptonville, TN 38079

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT