FILED BY ___ D.C.

05 AUG 10 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.

2005 AUG -8 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**United States of America,**

**Plaintiff,**

**vs.**

Civil No. 04-2902-MI/P

**Thirty Nine Thousand Dollars ($39,000.00)**
**in United States Currency,**

**One 2002 Chevrolet Avalanche,**
**VIN 3GNEK13T62G131404, with all**
**Appurtenances and Attachments Thereon,**

**Defendants.**

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 10, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-11-05

**UNOPPOSED MOTION TO EXTEND DEADLINE**
**FOR FILING RESPONSE TO MOTION FOR**
**SUMMARY JUDGMENT**

Comes now the Defendants, Estate of Gary Don Nance, by and through his attorney, Timothy C. Naifeh and respectfully moves that this Honorable Court extend the deadline for filing a response to the dispositive motions in the above-styled case. In support of this motion, he would show as follows:

1. The deadline for filing potentially dispositive motions in the above-styled case is currently August 6, 2005.

2. Counsel for the government filed a Motion for Summary Judgment on the 23rd day of June, 2005 and counsel for the Defendant received the same shortly thereafter.

3. Co-Counsel, Tim Langford has been out of the office on vacation and will not return until August 4, 2005 and cannot assist in the review of the prepared draft

and therefore counsel is in need of additional time to complete the response.

4.    Defense counsel spoke with the government's attorney and there is no opposition

to extension of the deadline to August 30, 2005.


## CONCLUSION

For the foregoing reason, the defense counsel for the Estate of Gary Don Nance

respectfully request that the deadline for filing an answer to the dispositive motion on behalf of

the government be extended through August 30, 2005.

RESPECTIVELY SUBMITTED BY:

TIMOTHY C. NAIFEH #012735
Attorney for the Defendant
227 Church Street
Tiptonville, TN 38079
Phone: 731-253-8885
Fax: 731-253-8886


### CERTIFICATE OF SERVICE

I, Timothy C. Naifeh, hereby certify that a true and exact copy of the foregoing Motion
has been forwarded by U.S. mail to Chris Cotten, Assistant United States Attorney at 800 Federal
Building, Memphis, TN 38103.

TIMOTHY C. NAIFEH

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02902 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Timothy C. Naifeh
LAW OFFICES OF TIMOTHY C. NAIFEH
227 Church St.
Tiptonville, TN 38079

Timothy A. Langford
LAW OFFICES OF TIMOTHY A. LANGFORD
P.O. Box 167
Hickman, KY 42050

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT