# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2902 Ml/An |
| ) | |
| THIRTY NINE THOUSAND DOLLARS ) | |
| ($39,000.00) IN UNITED STATES ) | |
| CURRENCY, ONE 2002 CHEVROLET ) | |
| AVALANCHE, ) | |
| VIN 3GNEK13T62G131404, WITH ALL ) | |
| APPURTENANCES AND ATTACHMENTS ) | |
| THEREON, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion for Summary Judgment and Order of Forfeiture, entered October 7, 2005, a judgment is hereby entered in favor of the United States. The defendant currency ($39,000) and defendant conveyance (One 2002 Chevrolet Avalanche, VIN 3GNEK13T62G131404, with All Appurtenances and Attachments Thereon) are forfeited to the permanent custody and control of the United States.

APPROVED:

/s/ Jon P. McCalla

JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

10-11-05
DATE

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-11-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02902 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy C. Naifeh
LAW OFFICES OF TIMOTHY C. NAIFEH
227 Church St.
Tiptonville, TN 38079

Timothy A. Langford
LAW OFFICES OF TIMOTHY A. LANGFORD
P.O. Box 167
Hickman, KY 42050

Blair Beavers Evans
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT